UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24838-CIV-LENARD

**RAMINDESIGN, LLC,**

    Plaintiff,

v.

**JACEK SKARZYNSKI and
OLGA SKARZYNSKI,**

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 73) AND DENYING MOTION TO DISMISS (D.E. 59) AS MOOT

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Marty Elfenbein ("Report," D.E. 73) recommending the Court deny Plaintiff/Counterclaim Defendant Ramindesign, LLC's Motion to Dismiss (D.E. 59) as moot. The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the Report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report and Recommendation of the Magistrate Judge (D.E. 73) is **ADOPTED**; and

2.   Plaintiff/Counterclaim Defendant Ramindesign, LLC's Motion to Dismiss (D.E. 59) is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of June, 2024.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**