UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24838-CIV-LENARD/ELFENBEIN

**RAMINDESIGN, LLC,**

    Plaintiff,

**v.**

**JACEK SKARZYNSKI and
OLGA SKARZYNSKI,**

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 121) AND DENYING MOTION TO STRIKE (D.E. 88) AS MOOT

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Marty Fulgueira Elfenbein ("Report," D.E. 121) recommending the Court deny Plaintiff Ramindesign, LLC's Motion to Strike Defendants' Affirmative Defenses (D.E. 88) as moot and without prejudice. The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the Report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is **ORDERED AND ADJUDGED** that:

    **1.**    The Magistrate Judge's Report (D.E. 121) is **ADOPTED**; and

2

2. Plaintiff Ramindesign, LLC's Motion to Strike Defendants' Affirmative Defenses (D.E. 88) is **DENIED as moot and without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of November, 2024.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**